**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROL P. SACHS,<br>       *Plaintiff-Appellant*,<br><br>v.<br><br>REPUBLIC OF AUSTRIA; OBB HOLDING GROUP; OBB PERSONENVERKEHR AG,<br>       *Defendants-Appellees*. | No. 11-15458<br><br>D.C. No.<br>3:08-cv-01840-VRW<br><br><br>ORDER |

Filed January 25, 2013

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.